IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| ANGELO PERRY, | : | |
| Petitioner | : | |
| v. | : | CASE NO.: 1:92-CR-1 (WLS) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

## ORDER

Before the Court, once again, are Petitioner Angelo Perry's Petition for Writ of Error Coram Nobis (Doc. 392) and a Motion for Hearing on Writ of Error Coram Nobis (Doc. 393). The Court has detailed Perry's lengthy litigation history on several occasions. (Docs. 381, 388.) At this point, it is sufficient to say that the instant petition is his fourth petition for a writ of error coram nobis in about a year and one of dozens of attempts since 1997 to vacate his conviction. (*See* Docket.)

Like most of his other motions, Perry's instant petition is meritless. The writ of error coram nobis is an extraordinary remedy and "is appropriate only when there is and was no other available ground for relief." *Alikhani v. United States*, 200 F.3d 732, 734 (11th Cir. 2000). A writ of error coram nobis is unavailable to Perry because he had access to another ground for relief—namely, a motion to vacate under 28 U.S.C. § 2255—of which he took full advantage while incarcerated.

His motions (Docs. 392, 393) are **DENIED**.

**SO ORDERED**, this _____16th__ day of October 2013.

                                                        /s/ W. Louis Sands_____
                                                      **THE HONORABLE W. LOUIS SANDS,**
                                                      **UNITED STATES DISTRICT COURT**